IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JASON TUCKER,**

    **Plaintiff,**

**v.**	    **Case No.  1:20cv124-MW/GRJ**

**MICHAEL E. HOROWITZ,**
**et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** *sua sponte* as malicious without leave to amend." The Clerk shall also close the file.

**SO ORDERED on July 6, 2020.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**